UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Justin Chimienti,<br><br>      Plaintiff,<br><br>v.<br><br>Wendy's International, LLC, and McDonald's Corporation,<br><br>      Defendants. | Case No. 2:22-cv-02880-HG<br><br>The Honorable Hector Gonzalez |

**DECLARATION OF KELLY M. MORRISON IN SUPPORT OF MCDONALD'S CORPORATION'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

I, Kelly M. Morrison, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Jenner & Block LLP, counsel to Defendant McDonald's Corporation. I offer this declaration in support of McDonald's motion to dismiss. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct print-out of the blog post, *I tried every single burger at McDonald's and ranked them from worst to best*, by Andrew LaSane, that is cited and which includes the image reproduced in Paragraph 28 of the Complaint, available at https://www.insider.com/the-best-and-worst-burgers-at-mcdonalds-ranked-2019-11.

3. Attached hereto as **Exhibit 2** is a true and correct print-out of the article, *How They Make Fast Food Look So Good*, by Maryalene LaPonsie, that is quoted and cited in Paragraph 33 of the Complaint, available at https://www.moneytalksnews.com/how-they-make-fast-food-look-good/.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge.

Executed on September 30, 2022 in Charlottesville, Virginia.

/s/ Kelly M. Morrison
Kelly M. Morrison