# EXHIBIT 1

1

Case 2:22-cv-02880-HG    Document 25-1    Filed 09/30/22    Page 2 of 35 PageID #: 162

HOME > FOOD

# I tried every single burger at McDonald's and ranked them from worst to best

**Andrew LaSane**  Dec 2, 2019, 9:10 AM

 

**Download the app**



**I tried every single burger that the fast-food giant has to offer.**  Andrew LaSane

< HOMEPAGE    Subscribe

INSIDER

**As part of an ongoing series**, I tasted every single burger at McDonald's.

**The fast-food giant** impressed me with its bacon Quarter Pounder with cheese and its double bacon Quarter Pounder with cheese.

❮ HOMEPAGE                                                                Subscribe

**Visit Insider's homepage for more stories.**

Over several weeks, I made dozens of trips to various McDonald's locations, determined to taste and review every single burger on the menu.

I tried a total of 18 burgers for this assignment, taking photos of each and jotting down notes about their ingredients, taste, and appearance as I went along.

Here's every single burger at McDonald's, ranked from worst to best.

*Note: Prices are based on my local New York City McDonald's.*

| ‹ HOMEPAGE | Subscribe |
|---|---|

# Hamburger — $1.39



**The hamburger wasn't very exciting compared with the other options.**  Andrew LaSane

The basic hamburger at McDonald's had one beef patty, one pickle, chopped onions, ketchup, mustard, and a toasted bun.

It was just sort of plain and a bit bland, in my opinion.

Even though this was the cheapest burger option on the menu, it still didn't feel worth it. I think I would've chosen a pricier, delicious McDonald's order, in which case I about the

‹ HOMEPAGE                                                                                    Subscribe

## Double hamburger — $2.89



Subscribe

**More protein, but not more excitement.**  Andrew LaSane

I accidentally purchased two double hamburgers, but after trying one I didn't bother with the second because I simply didn't find it enjoyable.

Together, the meat patties were moist, but the overall burger felt kind of bland to me with its pickles, onions, ketchup, mustard, and regular bun.

# Quarter Pounder — $5.49



⟨  HOMEPAGE                                                    Subscribe



**I wish it had cheese to add some flavor.**  Andrew LaSane

The sesame-seed bun was filled with a large patty, onions, ketchup, and pickles.

Overall, the burger had plenty of beef, but the Quarter Pounder made me respect cheese more, since I think it would've benefited from a slice or two.

Without the melted slices of cheese, the onions dominated the burger and masked the flavor of the naked beef.

## Quarter Pounder with cheese — $5.59



**The burger wasn't bad — it just wasn't very memorable.** Andrew LaSane

If I hadn't taken notes on the Quarter Pounder with cheese, I might not have remembered it. It wasn't a bad cheeseburger, but it did not feel markedly different from many others on the menu, which made it forgettable for me.

The burger came with one patty, pickles, slivered onions, two slices of cheese, ketchup, mustard, and a sesame-seed bun.

Case 2:22-cv-02880-HG    Document 15-1    Filed 09/30/22    Page 10 of 35 PageID #: 170

# Double Quarter Pounder with cheese — $6.69



**This had two slices of cheese, which were welcome.**  Andrew LaSane

The double QPC came with two quarter-pound beef patties, two slices of cheese, pickles, onions, and a sesame-seed bun.

It was not the best I've had — I felt like the charbroiled taste and onions overpowered the

‹  HOMEPAGE                                                                                    Subscribe

## Deluxe Quarter Pounder with cheese — $6.49



**The piece of lettuce seemed to be a bit too large for the burger.**   Andrew LaSane

The deluxe Quarter Pounder with cheese had one beef patty, tomato, mayonnaise, onions, cheese, pickles, a sesame-seed bun, and lettuce.

Unsurprisingly, as you can see from the photo, the burger tasted more like lettuce than anything else. Yes, I easily could have taken it off, but I chose to review it the way it was sold to me, with a comically large piece of lettuce that barely fit into the box.

## Bacon McDouble — $2.99



❮  HOMEPAGE                                          Subscribe

Every Single Burger at McDonald's, Ranked From Worst to Best



**The burger was just fine.** Andrew LaSane

This burger was fine, but it wasn't my favorite. The only notes I took about the bacon McDouble I tried were "pretty standard" and "kinda salty."

The burger comes with pickles, onions, ketchup, mustard, a slice of bacon, and cheese.

# McDouble — $2.29



**It had a great meaty flavor, but I missed the cheese.** Andrew LaSane

The only physical difference between a McDouble and a double cheeseburger at McDonald's is that the former had one fewer slice of cheese.

Both had pickles, cheese, onions, ketchup, mustard, and a regular bun.

Losing that slice of cheese hurt the burger's ranking on this list, but it did put more of a focus on the meat instead of the other toppings.

# Double bacon BBQ burger — $7.49



**The burger patties didn't have enough of a beef flavor.**  Andrew LaSane

The burger featured two meat patties, applewood-smoked bacon, tangy barbecue sauce, cheese, and crispy fried onions on a regular toasted bun.

After trying the single version and wishing that the flavor of the meat was more prominent, I thought that another patty would make this burger perfect. And sure, the dual patties did taste charbroiled, but I didn't taste any strong beef flavor.

‹ **HOMEPAGE**                                                                      Subscribe

the patty, so the bites around the edges were a bit off the plain side.

## Bacon BBQ burger — $5.99



**It almost looked like a burger you'd get at a sit-down restaurant.**  Andrew LaSane

The burger had one beef patty, applewood-smoked bacon, barbecue sauce, cheese, and crispy fried onions on a regular toasted bun.

The sauce and fried onions took center stage, and because of that, the taste of the beef was almost completely lost.

Still, it was pretty tasty, and I appreciated the crunch of the fried onions and bacon.

# Deluxe double Quarter Pounder with cheese — $7.29





**It tasted a smidge underseasoned to me.** Andrew LaSane

The deluxe double Quarter Pounder with cheese had the same charbroiled taste as some of the other burgers I tried, but it was not as overpowering.

I appreciated the balance of the toppings (tomatoes, cheese, onions, pickles, ketchup, mustard), but I feel like the two patties could have used more salt and pepper.

**Triple cheeseburger    $3.79**

‹ HOMEPAGE                                                    Subscribe



**I wish there had been triple the pickles too.**  Andrew LaSane

This tasted like a denser double cheeseburger, which, I guess, is exactly what it is.

The three burger patties took center stage here, but not necessarily in the best way. Pickles, onions, ketchup, and mustard were also present, but they did not come to participate in terms of flavor.

Ultimately, I felt the three patties threw off the burger-to-bun ratio.

< **HOMEPAGE**                                              Subscribe

# Big Mac — $5.49



**I get why this is such a classic, but I missed having loads of toppings.**  Andrew LaSane

The Big Mac has been the signature burger at the golden arches pretty much since it was added to the menu <u>in the late 1960s</u>.

It wasn't my first time trying one, but expectations going in were pretty high.

❮  HOMEPAGE

Subscribe

cheese, pickles, and onions on a sesame-seed bun.

The lettuce was crispy, and, much to my delight, no parts of the three-tiered bun were soggy after my five-minute ride home. The Big Mac sauce was familiar, both patties were evenly cooked, and the toppings were messy but tasty.

It's not a small sandwich by any means, but I found that I was surprisingly still hungry after eating it.

## Double cheeseburger — $2.69



**I appreciated the extra cheese.**  Andrew LaSane

## Cheeseburger — $1.69



**It was simple and not bad.** Andrew LaSane

The cheeseburger was simple but effective. I thought the bun-to-patty ratio was perfect, and there was just enough ketchup and mustard.

The lonely pickle slice could have used a friend, but I have long believed that the chopped onions McDonald's adds are the stars of the show.

## Bacon Big Mac — $6.49



HOMEPAGE                                                                 Subscribe



**The bacon added the perfect level of saltiness.**  Andrew LaSane

As the name suggests, the bacon Big Mac is like the classic (two beef patties, special sauce, lettuce, cheese, pickles, onions, sesame-seed bun) but with one no-brainer ingredient added: bacon.

The burger and the other components were just as good as I remembered the original being (I tried them several weeks apart), but I think the crispy bacon gave this dish an extra something special.

## Double bacon Quarter Pounder with cheese — $7.69



**There was too much of a good thing on this one.**  Andrew LaSane

The double bacon Quarter Pounder with cheese seemed <u>perfectly cooked to me</u>.

In addition to the healthy serving of bacon, the burger had two patties, two slices of cheese, pickles, onions, and a sesame-seed bun.

It was juicy and flavorful, but in the end it was a case of too much of a good thing. Had it been slightly smaller, it would have taken the No. 1 spot.

# Bacon Quarter Pounder with cheese — $6.69



**It had a great blend of salty and sweet flavors.** Andrew LaSane

The bacon Quarter Pounder with cheese was one of the juiciest burgers I tried for this taste test.

The winning dish consists of a quarter-pound beef patty, onions, pickles, two slices of cheese

The saltiness of the bacon and beef paired nicely with the sweetness of the ketchup, the pleasant bite and crunch of the onion and pickles, and the gooeyness of the cheese.

In my opinion, this still wasn't as good as a burger you'd order from a sit-down restaurant — but by fast-food standards, it was damn near perfect.

**Read more:**

<u>I tried every single breakfast at McDonald's and ranked them from worst to best</u>

<u>I tried every single dessert at McDonald's and ranked them from worst to best</u>

<u>From different menu items to 24/7 delivery, ordering McDonald's in Taiwan showed me what US locations are missing</u>

---

## Read next



**FOOD**

**I tried 7 menu items from McDonald's in Canada. Here's how they ranked from worst to best.**

---

**NEWSLETTER**

**Get a daily selection of our top stories based on your reading preferences.**

Email address

SIGN UP

---

<  HOMEPAGE                                                    Subscribe

Features    Freelancer    Evergreen story    More...

Taboola Feed

**Hands Down The Top Credit Card Of 2022**
Here's how you can get an easy $200 when you spend $500.
CompareCredit.com | Sponsored

Learn More

**Kate Middleton's Not So Innocent Side**
HealthyGem | Sponsored

**SpaceX plans to race remote-controlled cars on the moon in 2021, and has drafted in a legendary Ferrari designer to help**
The RC cars are designed by Frank Stephenson of BMW, McLaren, and Ferrari fame, and will blast off on board a SpaceX Falcon 9 rocket.

**New Weight Loss Delicacy Has Americans Dropping Pounds**
Healthbay | Sponsored

**Thinning? Shedding? Balding? Discover the Truth Behind Female Hair Loss**
Hair La Vie | Sponsored

**20 Everyday Things Kate Middleton Is Not Allowed To Do**
Bleacher Breaker | Sponsored

 HOMEPAGE

Subscribe

**14 photos you missed from Queen Elizabeth II's funeral**

**Iconic Figures Who Actually Lived Long Enough To Be Photographed**

Livestly | Sponsored

**Hidden meanings behind the royals' outfits for Queen Elizabeth's funeral**

**Kendall Jenner says she was 'pretty chill' when asked to wear a see-through shirt during her first fashion show**

**Tommy Chong: The Horrendous Truth About CBD**

Tommy Chong's CBD | Sponsored                                    Shop Now

**King Charles is watching how Queen Margrethe's decision to strip her grandchildren of their titles plays out, an expert on European royalty says**

**18 photos that show how 'Thor: Love and Thunder' looks without visual effects**

**The most unusual, extravagant ways tech executives like Larry Ellison and Elon Musk have spent their money**
They've spent money on everything from a massive chunk of the state of Hawaii to the submarine car from the James Bond film "The Spy Who Loved Me."

**If You Have Gum Disease Or Tooth Decay, Do This Immediately (It's Genius)**
Healthbay | Sponsored



‹  HOMEPAGE                                                      Subscribe

Ultimate Pet Nutrition | Sponsored

**"Botox Alternative" Sold Out At Target (in 2 Days)**

If you have dark spots, fine lines, crows feet or crepey skin, you need to see this.

Vibriance | Sponsored

**An Idaho mom says she's blacklisting Joann Fabrics after a now-fired employee told her 7-year-old son he shouldn't be wearing a dress**

**Julia Fox wore a see-through dress with heels and a purse she crafted out of cellophane**

**New "Lung Cleaning" Device is Going Viral**

This game-changing device has already helped over 250,000 people in 30 countries breathe better!

Airphysio | Sponsored                                                    Shop Now

**Wedding Photos Might Help Explain Why Meghan Left The Royals**

Post Fun | Sponsored                                                     Read More

**12 Foods You Can Eat A Lot Of Without Getting Fat**

HealthyGem | Sponsored

**I made so many mistakes on my first long-distance train ride that I flew back home. Here are 12 things I wish I'd known before I left.**

I made rookie mistakes on Amtrak's Coast Starlight train, like wearing uncomfortable clothes and trying to eat in the dining car as a coach passenger.

**Rachael Ray Is So Skinny Now And Looks Just Gorgeous**

SportsDrop | Sponsored

‹  HOMEPAGE                                                               Subscribe

**Here Are 7 Discounts Seniors Only Get If They Ask**

Great list of discounts and benefits for seniors in 2022.

Senior Discounts By National Penny | Sponsored

**"Botox Alternative" Sold Out At Target (In 2 Days)**

Vibriance | Sponsored

**Meghan Markle threatened to break up with Prince Harry if he didn't release a statement confirming their relationship, according to a new book**

**I grew up in the US and my partner grew up in Ireland. Here are 8 differences that surprised us the most.**

**The Best Walking Shoes For Women To Wear All Day Long Without Discomfort**

Sweetth | Sponsored

Shop Now

**Top Scientists: If Anyone Has Tinnitus (Ear Ringing) Do This Immediately**

Healthbay | Sponsored

**Here's The Average Price Of A Gutter Protection**

See search results for gutter protection

LeafFilter Partner | Sponsored

Search Now

**Symptoms of Macular Degeneration - Catching It Early Matters**

Mac Degen | Search Ads | Sponsored

**A woman mysteriously couldn't poop for a month. Hundreds of thousands of people started tuning in to follow her struggle on TikTok.**

 HOMEPAGE    Subscribe

repeat 17 hours on trains traveling from California to DC. Here are 9 things people should know before booking a trip.

These Twins Were Named "Most Beautiful In The World," Wait Until You See Them Today

HealthyGem | Sponsored

Here's Why Opie's Mom Was Never Mentioned On 'The Andy Griffith Show'

Taco Relish | Sponsored

Wedding Photos Help Explain Why Meghan Finally Left The Royals

BleacherBreaker | Sponsored

15 of the most daring and iconic outfits Princess Anne has worn over the years
From equestrian chic and comfy loungewear to glamorous ballgowns and androgynous pantsuits, Princess Anne has shown she has an eclectic style.

Locate Almost Anyone By Entering Their Name (This is Addicting!)

TruthFinder | Sponsored

Search Now

Suze Orman Saves Money on Every Dental Visit by Doing This
No Max, No Wait, No Hassle — Discover Dental Savings Plans Today & Save 10-60% on Dentist Visits Without Paying for Insurance Since 1999.
DentalPlans.com | Sponsored

Hayden Panettiere says her 7-year-old daughter was asking to call other women 'mommy' as a 'trauma response' to being separated from her

Queen Elizabeth 'died peacefully' at Balmoral Castle. Take a look inside the 50,000-acre royal estate where she spent every summer.

‹  HOMEPAGE                                                                    Subscribe

MEN SHOES | Sponsored

Shop Now

**Hands Down! The World's Healthiest Breakfast**

Kachava | Sponsored

Learn More

**Here Are 23 Of The Coolest Gifts For 2022**

23 Hottest Cool Gifts In 2022 You'll Regret Not Getting Before They Sell Out

Best Tech Trend | Sponsored

**The New Hyundai Palisade Is Nearly Unrecognizable**

Hyundai Palisade SUV Sales | Sponsored

**Republicans are mad that the Library of Congress allowed Lizzo — a classically trained flutist — to play James Madison's 200-year-old crystal flute**

**A torso, a tattooed arm, 'just parts:' Cops took and shared graphic photos of the Kobe Bryant crash site. Then came the cover-up.**

**20 Movies That Are So Good, They're Considered Perfect**

Bleacher Breaker | Sponsored

**She Was The Biggest Star Of The 1970s**

Livestly | Sponsored

**5 Best Laundry Detergents Revealed**
According to Experts

Try Earth | Sponsored

‹ HOMEPAGE

Subscribe

9/30/22, 12:06 PM
Case 1:22-cv-02880-HG     Document 15-1     Filed 09/30/22     Page 34 of 35 PageID #: 194
Every Single Burger at McDonald's, Ranked From Worst to Best

**Meghan Markle and Prince Harry were seen with King Charles in a rare photo as they waited for the Queen's coffin together**

Prince Harry, Meghan Markle, and King Charles were at Buckingham Palace to receive Queen Elizabeth's coffin as it was transported from Scotland.

**Bride's Family Laugh At Groom's Father For Being A Janitor, Then He Reveals His Wedding Gift**

Housing Lover | Sponsored

**Most Affordable Camper Vans**

Camper Van Warehouse | Search Ads | Sponsored

**Air cushion slip-on walking shoes - Orthopedic walking shoes!**

New Arrivals | Sponsored

Shop Now

**Chicago: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**

SUV Deals | Search Ads | Sponsored

**Katherine Heigl Reveals: "This Is The Most Important Thing You Can Do For Your Dog**

Badlands Ranch | Sponsored

**Dog Refuses To Let Baby Sleep Alone - When Parents Find Out Why They Call The Police**

MisterStory | Sponsored

INSIDER     BUSINESS INSIDER

< HOMEPAGE                                                    Subscribe

INSIDER

 

* Copyright © 2022 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service,  Privacy Policy  and  Cookies Policy.

Contact Us  |  Sitemap  |  Disclaimer  |  Accessibility  |  Commerce Policy  |  Advertising Policies  |  CA Privacy Rights  |  Coupons

|  Made in NYC  |  Jobs @ Insider

Stock quotes by finanzen.net    |  Reprints & Permissions

International Editions:

INTL  |  AS  |  AT  |  DE  |  ES  |  IN  |  JP  |  MX  |  NL  |  PL  |  ZA

CA Do Not Sell My Info

Insider.com™        Insider Inc.

BUSINESS INSIDER        TECH INSIDER