# EXHIBIT 2

Home  /  More  /  How They Make Fast Food Look So Good

# How They Make Fast Food Look So Good

Ever wonder why the burger you get at your local drive-thru looks nothing like those on TV? Here's the truth.

*Advertising Disclosure: When you buy something by clicking links on our site, we may earn a small commission, but it never affects the products or services we recommend.*

Maryalene LaPonsie • October 17, 2018



Mmmm … that TV commercial makes you want to run out and get two all-beef patties loaded with the fixings on a sesame seed bun. But after a trip through the drive-thru, you realize your burger doesn't look anything like the one in the commercial.

What's up with that?

For starters, a burger photo shoot may take hours. The company's ad department painstakingly arranges every pickle, melts the cheese and then carefully applies ketchup with a syringe.

Meanwhile, your burger was slapped together in 30 seconds by a teenager rushing to keep up with a drive-thru line that is running 10 cars deep. Of course your burger doesn't look beautiful.

Another reason the food you see in photos may look better is that it could be cooked improperly.

Food stylist Ellie Stern says she prefers to use burgers that are undercooked in photos. That ensures a big, plump patty, whereas fully cooked burgers tend to shrink and look less appetizing.

Then, she carefully pins on the toppings so they stay exactly where placed. So eating one of Stern's burgers could leave you contaminated with E. coli, not to mention experiencing a mouthful of pain.

Certainly, this type of not-quite-edible photography isn't unique to the fast-food industry. Plenty of food photographers use unappetizing fill-ins, such as glue for milk, when the real thing doesn't lend itself to long wait times and bright lights.



Finally, it's safe to assume that practically every advertisement you see today has been digitally altered in some way. Just as models have had their arms slimmed and lips puffed, fast food has undergone a transformation before being released in an ad.

According to the video linked above, McDonald's removes imperfections in the bun, adds color to the burger and even adjusts the location of the cheese.

Speaking of cheese, a slide presentation on the American Cheese Society website says "nearly every photo can use some retouching, though less is more." That presentation is geared toward cheese makers and bloggers, and it also suggests that if more than 25 percent of an image needs to be changed, it might be best to find a new photo to use.

However, McDonald's is mum in its video as to what percentage of its fast-food photos are touched up.

## Is all of this a deception?

Here's the real question lurking below the surface of this topic: Do fast-food photos amount to deceptive advertising?

McDonald's Canada points out that the ingredients used for the photo-shoot burger are exactly the same as ingredients slapped together by the kid working the line at your local franchise. They're simply arranged in a more appealing way.

It is similar to clothing: Even if you buy the same shirt worn by a chiseled model, it will never look the same on you.

Consumer Reports did its own exposé on fast-food fantasy photographs and contacted the Federal Trade Commission about the practice. According to Consumer Reports, "An FTC spokesperson says actions are unlikely in cases of inexpensive products that consumers can easily evaluate."

In other words, you can walk into a local fast-food joint, see that everyone is eating burgers that look nothing like the ads, and choose to walk back out.

Do these fast-food tactics annoy you? Or is this just an expected part of advertising? Share with us in comments below or on our Facebook page.


♥ Like Article     💬 Add a Comment

---

# 6 Things You Must Do When Your Savings Reach $250,000

It's been an uphill climb to fatten your savings account. Here's how to make sure it stays fat.

*Advertising Disclosure: When you buy something by clicking links on our site, we may earn a small commission, but it never affects the products or services we recommend.*

MTN Staff • September 14, 2022



*Jezper / Shutterstock.com*

Congratulations! You've worked hard all your life, and your savings are finally starting to show it. Now, ever so subtly, your priorities are beginning to shift from making money to making sure you're not going to lose your money.

Here are a few things to think about. And the best part? Most of these ideas you can check out in about the time it takes to read them.

## 1. Get a second set of eyes

Obviously, you're no fool when it comes to making money. If you were, you wouldn't be reading this.

But there comes a time in life when it makes sense to get a second opinion. Sure, you've been successful at growing and managing your savings. But the more you have, the more attention your savings require and the greater the ramifications of screwing up.

A study by investment firm Vanguard found that, on average, a $500,000 investment over 25 years would grow to $1.7 million if you manage it yourself, but more than $3.4 million if you work with a professional.

Obviously, there are no guarantees a professional will do better than you. But getting a second opinion from a pro certainly can't hurt. Even if you don't need help picking investments, they can help you create a plan, maximize your Social Security, protect your assets and offer you peace of mind by ensuring you're on the right track.

They can also be there in case one day you're not.

These days, there are no-cost online services that make it easier than ever to find trustworthy financial advisers in your area. For example, SmartAsset. You fill out a short questionnaire and are instantly matched with up to three local fiduciary financial advisers, *all legally bound to work in your best interests.*

The process only takes a few minutes, and in many cases you'll be offered a free consultation.

Nothing to lose, lots to potentially gain: Take a minute and check it out right now.

## 2. Hedge your bets

If a large part of your savings is in the stock market — as it should be — you're well aware that what goes up can also go down; sometimes by a lot.

You can't control the stock market or the world economy. But you can hedge against uncertainty by having other forms of wealth.

The oldest and most ubiquitous hedge is gold. It's been used for thousands of years to protect against everything from inflation to currency devaluation to political risk.

Don't go overboard; most pros advise putting only about 10% of your portfolio into the King Midas metal.

And keep in mind that not everyone in the gold business is on the up-and-up. Be careful whom you deal with.

Goldco is one company to consider. They offer just about everything, from precious metal IRAs to direct purchases of precious metal coins and bars.

Goldco has been around for more than a decade and has been recommended by celebrities like Fox News talk show host Sean Hannity, actor Chuck Norris and even former presidential candidate Ron Paul.

They have an A+ BBB Rating, AAA Rating from Business Consumers Alliance and 4.8 to 5 stars on Trustpilot, Trustlink, Google Reviews and Consumer Affairs. You'll even receive up to $10,000 in free silver on qualified purchases.

Maybe gold is right for you; maybe it isn't. But if you've ever wondered, why not take a quick look? Click here right now and get your free information kit.

## 3. Don't be under (or over) insured

The guy in front of you stops short, and you hit him from behind. One of your friends slips and falls on your front porch. Happens every day.

That's why we have insurance.

When you had nothing, you had nothing to lose. Now you do. This is why you should make sure you're adequately insured, especially when it comes to liability. Make sure your coverage is high enough to prevent catastrophic damage to your retirement.

And while you're at it, take a second to shop around to make sure you're not paying more than necessary. Insurance companies know you hate shopping around, which leaves them free to jack up your premiums every year. And that's exactly what they do. But you don't have to let them get away with it.

These days, comparing insurance companies is a walk in the park, thanks to comparison sites like [QuoteWizard](). You answer a few questions, and seconds later you find out whether you've got the best deal.

If you've got adequate insurance, see if you can find it for less. If you're underinsured, pay for that increased liability coverage by finding a less expensive policy.

Take a few minutes and check it out. You'll likely find identical coverage for hundreds less than you're paying now. [Click here, and you'll see what I mean]().

## 4. Don't bet your life

You've probably had a friend die unexpectedly and thought to yourself, "There but for the grace of God go I."

It's more than a tragedy; it's a wake-up call.

If something should happen to the breadwinner(s) in your family, will those left behind have enough savings to maintain their lifestyle? If the answer is "no," the solution is [life insurance]().

Not everybody needs insurance. If your kids are grown and your savings are adequate, you're essentially self-insured. But if there's a need, you might find it's less expensive than you think to meet it.

One place to get a quick quote? [Haven Life Insurance](). Haven Life offers term life insurance coverage issued by MassMutual, one of the country's oldest insurers.

Take a minute to [check it out](). It's an easy way to digitally purchase a dependable and affordable term life insurance policy.

## 5. Shield yourself against unexpected expenses

Your house and car are full of complex systems that can (and will!) break. Finding a reputable repair company on short notice can be challenging, and the costs can put a serious dent in your savings.

Don't raid your savings to pay for repairs. Protect yourself against them.

When it comes to your home, check out Select Home Warranty. The company offers three levels of coverage for your appliances and heating/cooling, plumbing and electrical systems.

When something goes wrong due to normal wear and tear, you just call Select Home Warranty, day or night. The company has a wide network of reputable repair folks who will fix what's wrong.

And if they can't fix it? Select Home Warranty will replace it. All you pay is a service fee.

If nothing else, at least see what it would cost. Get a free quote in 30 seconds.

The same thing applies when it comes to your wheels.

As with homes, car repairs are also in the stratosphere. One shop told Consumer Reports that a decade ago their average repair was $1,600. These days the average bill is $4,000.

If you're concerned about coming up with thousands of dollars for a repair bill, protect your investment with Endurance.

Endurance provides extended warranty plans of up to 36 months. These aren't auto warranties, but they're auto-warranty adjacent. Choose from among three types of plans, to get only the coverage you actually need, for cars up to 20 years old.

All warranties include 24/7 roadside assistance plus rental car benefits while your vehicle is being repaired. For the first year, you'll get the Elite Benefits program for free; this includes complete tire coverage, key fob replacement, a collision discount and a payment of up to $1,000 if your car is determined to be a total loss.

Endurance has a network of more than 350,000 ASE-certified repair shops. More importantly, Endurance pays the repair bill upfront. All you need to cover is the deductible.

I know. Extended car warranties are the poster child of rip-offs. But Endurance is the real deal. They have a 4.2-star rating with Trustpilot. ConsumerAffairs.com calls it "a solid choice" for drivers of any age and "particularly appealing" for those with older vehicles.

Hey, if you're handy and like to repair stuff yourself, or don't mind the risk, these things aren't for you. But if you've got the resources to remove a little more uncertainty from your life, at least see how much it would set you back, then make an informed decision.

## 6. Don't let a nursing home bleed you dry

Here's hoping that your retirement years are active, healthy and vibrant and that you're able to function as you always have, right up to the time you shuffle off this mortal coil.

But don't bet on it. According to the U.S. Department of Health and Human Services, 7 in 10 people who turn 65 today will probably need some kind of long-term care.

Think you can't get long-term care (LTC) insurance after age 40? Think again. GoldenCare writes LTC coverage for most people. (Unless they live in the four states where GoldenCare doesn't operate: Alaska, Florida, Hawaii and Washington.)

"But won't Medicare take care of all that?" you ask.

Nope. Medicare doesn't cover long-term custodial care — and paying for it out of pocket could take a huge chunk of your retirement savings. That plus inflation could mean near or total depletion of your nest egg.

With LTC insurance through GoldenCare, you'll be able to get assistance if you're sick, incapacitated or need a little help with things like bathing, dressing, cooking, light housework, shopping and the like.

Without LTC insurance, your options aren't great: running through savings, borrowing money, burdening relatives with your care and possibly losing independence because you can't live on your own.

You know you've thought about it, and you've wondered if it would be affordable. It's time to find out. Take a minute and at least get a free quote.

## Bonus: Get free, expert advice on everything money-related

What's free and gives you tips to spend less, make more and avoid rip-offs? The Money Talks Newsletter. Every day we provide free tips and tricks that will make you richer. And it doesn't cost a dime.

Our readers report saving an average of $941 with our simple, direct advice.

Click here to sign up. It only takes two seconds. And if you don't like it, it only takes two seconds to unsubscribe. Don't worry about spam: We never share your email address.

Try it. You'll be glad you did!

 Like Article    Add a Comment