## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN CHIMIENTI,<br><br>                                  *Plaintiff*,<br><br>   v.<br><br>WENDY'S INTERNATIONAL, LLC, and McDONALD'S CORPORATION,<br><br>                                  *Defendants*. | Case No. 2:22-CV-02880-HG<br><br>The Honorable Hector Gonzalez<br><br>**DECLARATION OF ADAM FOX IN SUPPORT OF WENDY'S INTERNATIONAL, LLC'S MOTION TO DISMISS** |

I, Adam R. Fox, declare as follows:

1. I am an attorney duly licensed to practice in the State of New York and in this Court, a partner at the law firm of Squire Patton Boggs (US) LLP, and counsel for Defendant Wendy's International, LLC ("Wendy's"). I submit this declaration in support of Wendy's Motion to Dismiss. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify to such facts under oath.

2. A true and accurate copy of an article entitled, "How They Make Fast Food Look So Good" by Maryalene LaPonsie is attached hereto as Exhibit 1. This article, which never references Wendy's, is cited in Plaintiff's Complaint at paragraph 11. Maryalene LaPonsie, *How They Make Fast Food Look So Good*, Money Talks News (Oct. 17, 2018), https://www.moneytalksnews.com/how-they-make-fast-food-look-good/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of September 2022 in Los Angeles, California.

                                                            /s/ *Adam R. Fox*
                                                            Adam R. Fox