UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JUSTIN CHIMIENTI,

        Plaintiff,                                 JUDGMENT
                                               22-CV-2880 (HG)

        -against-

WENDY'S INTERNATION, LLC, and
MCDONALD'S CORPORATION,

        Defendants.
------------------------------------------------------------ X

        An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on September 29, 2023, granting Defendants' motion to dismiss; and denying Plaintiff's request for leave to amend his complaint; it is

        ORDERED and ADJUDGED that the Defendants' motion to dismiss is granted; plaintiff's request for leave to amend his complaint is denied; Judgment is entered in favor of the Defendants against the Plaintiff; and this case is closed.

Dated: Brooklyn, NY                                                                   Brenna B. Mahoney
       October 2, 2023                                                        Clerk of Court


                                                                             By: */s/Erin Espinal*
                                                                                 Deputy Clerk